# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 20-cv-360

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

vs.

**Shree Bali Bachuchar Inc., Vimmi Modi and Ankit Modi**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

PARTY SERVED: **SHREE BALI BACHUCHAR INC.**

PERSON SERVED: **ANKIT MODI, MANAGING PARTNER**

METHOD OF SERVICE: **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service.

DATE & TIME OF DELIVERY: **06/02/2020 at 1:55 PM**

ADDRESS, CITY AND STATE: **171 HIAWATHA DR, CAROL STREAM, IL 60188**

DESCRIPTION: **Middle Eastern, Male, 30, 5'9", 165 lbs, Black hair**

I declare under penalties of perjury that the information contained herein is true and correct.

_(signature)_
Craig Palmer, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 3rd day of June, 2020.

_(signature)_
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/21

CLIENT: **The Ticktin Law Group**
FILE #: **17-0086**

Tracking #: **433459**